ACCEPTED
05-17-01264-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/5/2018 4:10 PM
LISA MATZ
CLERK

## 05-17-01264-CR

| | | |
|---|---|---|
| **ANTONIO RASHAWNE CARR** | § | **IN THE COURT OF APPEALS** |
| **V.** | § | **FOR THE FIFTH DISTRICT** |
| **THE STATE OF TEXAS** | § | **OF TEXAS AT DALLAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/5/2018 4:10:03 PM
LISA MATZ
Clerk

---

### STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

The State of Texas, by and through the Criminal District Attorney of Dallas County, respectfully requests that this Honorable Court extend the time for filing the State's brief. In support of this motion, the State shows the following:

#### I.

Appellant was charged by indictment with aggravated sexual assault of a child by penetration. *See* Tex. Penal Code Ann. § 22.021(a)(2)(B) (West Supp. 2017). Appellant pled not guilty to the charged offense, but a jury found him guilty. The trial court assessed punishment, enhanced by two prior felony convictions, at thirty-six years' confinement in the Institutional Division of the Texas Department of Criminal Justice. The trial court certified Appellant's right to appeal, and Appellant filed a timely notice of appeal. He also filed a timely motion for new trial and an amended motion for new trial, which was overruled by operation of law. This appeal followed.

## II.

Appellant filed his brief on March 12, 2018. The State's brief was due on April 11, 2018. This Honorable Court granted the State's first motion for extension of time to file brief, setting the new deadline to May 11, 2018. This case is not yet set for submission.

## III.

The undersigned counsel was assigned to this appeal on March 13, 2018. Counsel's caseload also includes capital writ work on the following cases:

- *Carpenter v. State*, Dallas County trial court cause number F97-77949-U
- *Garcia v. State*, Dallas County trial court cause number F01-00325-T

Since this Honorable Court granted counsel's first motion for extension of time, counsel has filed the briefs in response to the appellants' briefs in *Montgomery v. State*, cause number 05-17-01036-CR, and *Garcia v. State*, cause number 05-16-01415-CR. Counsel is also presently researching and preparing the State's briefs in *Garcia v. State*, cause number 05-17-00837-CR; *Norris v. State*, 05-17-01237-CR; and *Arrington v. State*, 05-17-01194-CR.

Counsel has also expended time assisting other Assistant District Attorneys with miscellaneous tasks and performed other duties required of her job. Such duties and tasks include providing trial support and capital writ support, as well as participating in and arguing in miscellaneous trial court proceedings. Finally, counsel spent time away from the office attending mandatory training integral to her

employment from April 9, 2018, through April 11, 2018, and from May 2, 2018, through May 4, 2018, during which times counsel was unable to work on her caseload obligations.

For all the foregoing reasons, counsel respectfully asks this Honorable Court to extend the deadline for filing the State's brief until June 5, 2018. Counsel has prepared the State's brief in this case as expeditiously as possible and tenders the brief for filing with this motion.

Respectfully submitted,


**/s/ Nina L. Scherach**
NINA L. SCHERACH
Assistant District Attorney
State Bar No. 24100660
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
214-653-3625 (telephone)
214-653-3643 (fax)
Nina.Scherach@dallascounty.org


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on Tara Cunningham, counsel for Appellant, by electronic communication through eFileTexas.gov at TaraCunningham@gmail.com, on June 5, 2018.


**/s/ Nina L. Scherach**
NINA L. SCHERACH

3